```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION


SONYA C. PARKER,                 :
                                 :
     Plaintiff,                  :
                                 :
v.                               :     CIVIL ACTION 07-0206-M
                                 :
MICHAEL J. ASTRUE,               :
Commissioner of                  :
Social Security,                 :
                                 :
     Defendant.                  :
```

JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Defendant Michael J. Astrue and against Plaintiff Sonya C. Parker.

DONE this 30th day of October, 2007.

```
                         s/BERT W. MILLING, JR.
                         UNITED STATES MAGISTRATE JUDGE
```